### HAIGLER v. STATE. (No. 6486.)

(Court of Criminal Appeals of Texas. Dec. 21, 1921.)

**Criminal law ⚖➡14 — Conviction dismissed where law was changed after conviction.**

Where defendant was convicted under a statute prohibiting the possession of intoxicating liquors except for scientific, mechanical, medicinal, or sacramental purposes, and after his conviction the law was changed so that possession was made unlawful only when for the purpose of sale, the conviction will be reversed and the cause dismissed.

Appeal from District Court, Upshur County; J. R. Warren, Judge.

Lee Haigler was convicted of unlawful possession of intoxicating liquors, and he appeals. Reversed, and cause dismissed.

T. H. Briggs, of Gilmer, and Simpson, Lasseter & Simpson, of Tyler, for appellant.
R. G. Storey, Asst. Atty. Gen., for the State.

MORROW, P. J. Appellant was convicted of the unlawful possession of intoxicating liquor. After his conviction, the law under which he was prosecuted was changed by act of the Legislature. At the time of the trial it was unlawful, under the statute, to possess intoxicating liquors except for scientific, mechanical, medicinal, or sacramental purposes. By the new law the possession is made unlawful only in the event it was possessed for sale.

The court has held that the new law operates to annul convictions pending on appeal in similar cases. Cox v. State (No. 6423) 234 S. W. 531, and Petit v. State (No. 6510) 235 S. W. 579, not yet [officially] reported.

The judgment must therefore be reversed, and the cause dismissed.